445 A.2d 216

Commonwealth v. Stokes, Appellant.

Petition for Allowance of Appeal Denied Sept. 13, 1982.

Submitted September 10, 1981. Elaine DeMasse, Assistant Public Defender, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and CIRILLO, JJ.

Order affirmed.